# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5303
_____

ERIN SCHLAGEL,

Appellant,

v.

SHANDS TEACHING HOSPITAL
AND CLINICS, INC., a Florida
Non-Profit Corporation, d/b/a
UF HEALTH SHANDS DAVIS
CANCER CENTER,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

December 12, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erin Schlagel, pro se, Appellant.

Kevin D. Johnson, and Bridget Elizabeth McNamee, Johnson Jackson, LLC, Tampa, for Appellee.